No. 88–7129.   HARRISON v. BONNER ET AL.   C. A. 5th Cir. Certiorari denied.

No. 88–7131.   LECHIARA v. GASKINS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88–7134.   TEMPLETON v. NIX, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–7148.   MARTIN v. ABRAM D. MELLINGER REAL ESTATE, INC.   Super. Ct. Pa.   Certiorari denied.

No. 88–7149.   SPEARS v. BULLOCK, SUPERINTENDENT, SAMPSON CORRECTIONAL CENTER, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–7152.   HARRIS v. HEINRICH ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–7156.   SCOTT v. PRINCE GEORGE'S COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.   Ct. Sp. App. Md.   Certiorari denied.

No. 88–7186.   DIXON v. KOHL'S FOOD STORES, INC.   Ct. App. Wis.   Certiorari denied.

No. 88–7225.   BAELI v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 88–7240.   BRANHAM v. GRINAGE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7253.   MEANS ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–7288.   HALLIBURTON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–7293.   BURKHART v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–7295.   PEREZ v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–7313.   CASTRO-POUPART v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.